*E-Filed 9/1/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDJUAN SCOTT, | No. C 11-3754 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CHARLES HOEN, | |
| Defendant. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. By order of the Court, plaintiff was granted 30 days (1) to file a complete application to proceed *in forma pauperis* ("IFP"), or (2) to pay the filing fee of $350.00, or face dismissal of the action. More than 30 days have passed since the order was filed, and plaintiff has not paid the filing fee, nor filed an IFP application. Accordingly, the action is DISMISSED without prejudice as to plaintiff paying the filing fee, or filing a properly completed IFP application. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: August 31, 2011

RICHARD SEEBORG
United States District Judge